Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: Not applicable.

*/s/ Trish M. Brown*
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**DANA LEONARD POPICK**<br>**KIMBERLY CAE POPICK**<br><br>Debtors<br><br>---<br><br>**WARREN J. HEATER**<br><br>Plaintiff<br><br>vs.<br><br>**DANA LEONARD POPICK**<br>**KIMBERLY CAE POPICK**<br><br>Defendants | Case No. 18-32608-tmb7<br><br>Adv. Proc. No. 18-03114-tmb<br><br>**JUDGEMENT** |

**JUDGEMENT** – Page 1 of 3

Based on the ruling of the Court at trial on November 13, 2019,

**IT IS AJUDGED** that all of plaintiff's claims against defendants are dismissed with prejudice and without award of fees or costs to any party.

###

Presented and stipulated to by:

/S/ Adam Wolfe
_____

**Adam Wolfe**
OlsenDaines
Of Attorneys for Defendant
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
adam@underdoglawyer.com
Direct 503-222-2000


Stipulated to by:
_____

**Warren Heater**
**10502 NE 52nd Court**
**Vancouver, WA 98685**
wheater@cascadefa.com

I certify that I complied with LBR 9021(a)(3) by circulating this proposed judgment to the opposing party by email on November 14, 2019 and that any applicable circulation period has expired.

/S/ Adam Wolfe
**Adam Wolfe**
OlsenDaines
Of Attorneys for Defendant
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
adam@underdoglawyer.com
Direct 503-222-2000

**JUDGEMENT** – Page 3 of 3